Court of Appeals
First District of Texas
301 Fannin St.
Houston, TX 77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 26 2015

CHRISTOPHER A. PRINE

CLERK

DATE: 1-19-15

FIL.
1ST COURT
HOUST

JAN 2

CHRISTOP.

CLERK

RE: Jimmie Johnson v. The State of Texas
Trail Court Case Numbers: 1366083-A and 1346765-A
Appeal Case Numbers: 01-13-01056-CR and 01-13-01057-CR
338th District courtroom of Harris County, TX

DEAR clerk:

PLEASE SENT ME THE REQUIRED PAYMENT to obtain the clerk records in the above case numbers PLEASE.

PLEASE mail this REQUEST at your convenience, to the address below PLEASE.

Jimmie Johnson-El #1898717
Connally Unit
899 FM 632
Kenedy, TX 78119

Thank You,

Jimmie Johnson-El

Jimmie Johnson-El

CC: SELF

Jimmie Johnson-El #898717
Connally Unit
899 FM 632
Kenedy, Tx 78119

FOREVER

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
22 JAN 2015 PM 1 L

* LEGAL

Re: Court Clerk
Court of Appeals
First District of Texas
301 Fannin St.
Houston, Tx 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 26 2015

CHRISTOPHER A. PRINE
CLERK

* LEGAL

7700220559B